**2017–0518.   Hollis v. Hughley.**
Stark App. No. 2016CA000225. Appellee's motion to dismiss and appellant's motion to strike denied as moot.